**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 05, 2022

Ms. Mary Lancaster Bryson
Dinsmore
100 W. Main Street
Suite 900
Lexington, KY 40507

Mr. Christopher David Wiest
Law Office
25 Town Center Boulevard
Suite 104
Crestview Hills, KY 41017

Re: Case No. 22-5888, *Jeffrey Farmer v. Kristen Gonzalez, et al*
Originating Case No. : 5:21-cv-00049

Dear Counsel,

This appeal has been docketed as case number **22-5888** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 19, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

            Appellant:    Appearance of Counsel
                            Civil Appeal Statement of Parties & Issues

                    Disclosure of Corporate Affiliations
                    Application for Admission to 6th Circuit Bar (if applicable)

                    Appearance of Counsel
Appellee:    Disclosure of Corporate Affiliations
                    Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                    Sincerely yours,

                    s/Michelle R. Lambert
                    Case Manager
                    Direct Dial No. 513-564-7035

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 22-5888

JEFFREY FARMER

    Plaintiff - Appellant

v.

KRISTEN GONZALEZ; VALERIE CHURCH; CHEYLA BUSH; PATRICK BRENNAN; NATHAN GOODRICH

    Defendants - Appellees